IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEREMY WILBORN,<br>By next friend and Conservator,<br>TARA WILBORN,<br>    Plaintiff,<br><br>v.<br><br>LARRY MARTIN, Interim Commissioner,<br>Tennessee Department of Finance and<br>Administration; DARIN GORDON,<br>Deputy Commissioner and Director,<br>Bureau of TennCare; and<br>PATTI KILLINGSWORTH, Assistant<br>Commissioner, Chief of Long-Term Care,<br>Bureau of TennCare,<br>    Defendants. | CASE NO. 3:13-00574<br>Chief Judge Haynes |

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion for preliminary injunctive relief (Docket Entry No. 4) is **GRANTED** and the relief set forth in the Order (Docket Entry No. 37) is **AFFIRMED**.

It is so **ORDERED**.

Entered this the _15th_ day of August, 2013.

William J. Haynes, Jr
Chief United States District Judge